# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCON FLOORING, INC., a Nevada corporation, et al, <br><br> Defendants. | CASE NO.:  2:10-cv-0990-KJD-LRL <br><br> **JUDGMENT** |

Upon application by Plaintiffs herein for a default judgment pursuant to FED. R. CIV. P. 55(b)(2) and it appearing to the Court that the default of Defendants Cosmopolitan Tile, Ltd., G&J Flooring, Inc., Patton & Patton Marble & Granite, Inc. and Practical Flooring, Inc., were entered on August 2, 2010, July 30, 2010, October 6, 2010 and August 13, 2010, respectively, in the office of the Clerk of this Court; and no proceedings have been taken by said Defendants since default was entered,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA;

TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendants COSMOPOLITAN TILE, LTD., G&J FLOORING, INC., PATTON & PATTON MARBLE & GRANITE, INC. and PRACTICAL FLOORING, INC., jointly and severally, as follows:

  1) Each Defendant must post, within 30 days of the entry of this Judgment, a fringe benefit contribution bond, in an amount not less than $25,000.00;

  2) Attorneys' fees and costs, jointly and severally, in the amount of **$15,388.55**;

Dated: November 22, 2010

_____
UNITED STATES DISTRICT JUDGE