1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRUSTEES OF THE BRICKLAYERS &
ALLIED CRAFTWORKERS LOCAL 13
DEFINED CONTRIBUTION PENSION
TRUST FOR SOUTHERN NEVADA, *et
al*.,

   Plaintiffs,

v.

GRANITE WORKS, INC., *et al*.,

   Defendants.

Case No. 2:10-CV-00990-KJD-LRL

**<u>ORDER</u>**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

On July 28, 2010, the Clerk of the Court entered default against Defendant Granite Works, Inc. ("Defendant" or "Granite").   Shortly after Defendant moved to set aside default.  On December 17, 2010, the Court granted Defendant's motion to set aside default.  However, on October 26, 2010, the magistrate judge granted the motion to withdraw by Granite's counsel.  The magistrate judge gave Granite until December 6, 2010 to obtain counsel.  Granite has not responded to the magistrate judge's order.  Accordingly, it is hereby ordered that Granite associate counsel and file an answer on

////

or before February 8, 2011.  Failure to do so will result in default judgment being entered against Granite.

**IT IS SO ORDERED.**

DATED this 25th day of January 2011.


_____
Kent J. Dawson
United States District Judge