# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCON FLOORING, INC., a Nevada corporation, et al, <br><br> Defendants. | CASE NO.:   2:10-cv-0990-KJD-LRL <br><br> **JUDGMENT** |

Upon Plaintiffs' Motion for Default Judgment pursuant to this Court's Order (#45) dated January 25, 2011, Defendant Granite Works, Inc. having not complied with such Order by obtaining counsel by February 8, 2011, and good cause otherwise appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL

PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and against Defendant GRANITE WORKS, INC., jointly and severally with the other defaulted Defendants in this case (Dkt. No. 41), as follows:

    1)    Granite Works, Inc. must post, within 30 days of the entry of this Judgment, a fringe benefit contribution bond, in an amount not less than $25,000.00;

    2)    Attorneys' fees and costs, jointly and severally, in the amount of **$18,819.33**;

Dated: 2/15/2011

_____
UNITED STATES DISTRICT JUDGE