1 **THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
2 ANTHONY W. STIRLING, Nevada State Bar No. 9462
4270 S. Decatur Blvd., Suite A-9
3 Las Vegas, Nevada 89103
Telephone: (702) 968-8087
4 Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
5                    astirling@theurbanlawfirm.com

6 *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, et al., | CASE NO: 2:10-cv-0990-KJD-LRL |
| Plaintiffs, | **ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF JON CANJA, OFFICER OF DEFENDANT/JUDGMENT DEBTOR GRANITE WORKS, INC. AND REQUEST TO SERVE ORDER BY CERTIFIED OR FIRST CLASS MAIL** |
| vs. | |
| ARCON FLOORING, INC., a Nevada corporation; et al., | |
| Defendants. | |

The Court having considered Plaintiffs' Ex Parte Application to Continue Judgment Debtor Examination of JON CANJA, Officer of Defendant/Judgment Debtor Granite Works, Inc. and Request to Serve Order by Certified or First Class Mail, and the Memorandum of Points and Authorities and good cause appearing it is hereby,

ORDERED that the Plaintiffs' Ex Parte Application to Continue Judgment Debtor Examination of JON CANJA, Officer of Defendant/Judgment Debtor Granite Works, and Request to Serve by Certified or First Class Mail is GRANTED.

The Judgment Debtor Examination of JON CANJA, officer of Defendant/Judgment Debtor Granite Works, Inc., currently scheduled for April 27, 2011, at 1:30 p.m. shall be continued to the 22nd day of June, 2011, at 1:30 p.m. Courtroom 3C at the United

1

1  States District Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas,
2  Nevada 89101, to be sworn in for a Judgment Debtor Examination.
3        This Order and the original Order for Judgment Debtor Examination of JON CANJA, Officer of
4  Defendant/Judgment Debtor Granite Works, Inc., shall be served upon JON CANJA by certified mail,
5  return receipt requested, or regular, first class mail address to 11925 Love Orchid Lane, Las Vegas,
6  Nevada 89138.

**NOTICE TO JUDGMENT DEBTOR**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.**

Dated this __9th__ of __May_____, 2011.

By: _/s/ Leavitt_____
    UNITED STATES MAGISTRATE JUDGE

Submitted by:

**THE URBAN LAW FIRM**

By: */s/Anthony W. Stirling*_____
   ANTHONY W. STIRLING, Nevada State Bar No. 9462
   *Counsel for Plaintiffs*